No. 03–5535. IBARRA LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5536. GUZMAN-MALERA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5537. WILLIAMS v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 03–5538. MCCLELLAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5539. DESHIELDS v. FILBERT, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–5540. ESTRADA-MACHADO v. UNITED STATES; and QUINTERO-JASSO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 67 Fed. Appx. 244.

No. 03–5541. CARBALLO-BALDERAS v. UNITED STATES; and SANCHEZ-CORTEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 67 Fed. Appx. 245.

No. 03–5542. CARNEIRO v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 03–5543. DITMAN v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

*No. 03–5545. HERNANDEZ v. UNITED STATES. C. A. 10th Cir.* Certiorari denied.

No. 03–5546. HAMILTON v. ALASKA. Ct. App. Alaska. Certiorari denied.

No. 03–5547. GALLEGOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5548. MEHRA v. GUARANTY BANK. C. A. 7th Cir. Certiorari denied.

No. 03–5549. RAMIREZ-GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.